AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| v. | ) |
| ANGEL AGUILAR | ) Case No.  3:25-mj-71396 MAG |
| | ) |
| *Defendant(s)* | ) |

**FILED**
Nov 20 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 20, 2025  in the county of  Napa  in the  Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession and/or access with intent to view a visual depiction of a minor engaged in sexually explicit conduct |
| | Imprisonment: 20 years; Fine: $250,000; Supervised Release: 5 years to life; Special Assessment: $100 per felony count; JVTA Spec. Assess.: $5,000; CSAM Assessment: $17,000; Restitution (min.): $3,000; Forfeiture; Sex offender registration |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Sebastian Stanley.

☑ Continued on the attached sheet.

Approved as to form  /s/ Christine Chen
                    AUSA  Christine Chen

Sworn to before me by telephone.

Date:  11/20/2025

City and state:  San Francisco, CA

/s/ Sebastian Stanley
*Complainant's signature*

Sebastian Stanley, FBI Special Agent
*Printed name and title*

*Judge's signature*

Hon. Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT**

I, Sebastian Stanley, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby state as follows:

**INTRODUCTION**

1. I make this affidavit in support of an application for a criminal complaint and warrant authorizing the arrest of ANGEL MARTINEZ AGUILAR ("AGUILAR") for possession of visual depictions of minors engaged in sexually explicit conduct—specifically including the below-described visual depictions—in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession and/or access with intent to view a visual depiction of a minor engaged in sexually explicit conduct) ("**TARGET OFFENSE**") on or about August 20, 2025, in the Northern District of California.

**AFFIANT BACKGROUND**

2. I have been employed as a Special Agent with the FBI since 2021, and I am currently assigned to Squad C-10 of the San Francisco Field Office, Santa Rosa Resident Agency. Squad C-10 is responsible for investigating white-collar crimes, violent crimes, and cybercrimes. As an FBI Special Agent, I have investigated federal criminal violations relating to crimes against children in particular. I have worked on numerous child pornography investigations. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media and cellular devices. Through my training, experience, and interaction with other law enforcement officers and agents, I have become familiar with the manner in which criminals produce, receive,

distribute, and store child pornography, including the use of the internet, computers, and cellular devices to facilitate and commit such offenses.

3. The facts set forth in this affidavit are based on my own personal observations, my training and experience, information from records and databases, information received from other law enforcement officers and witnesses, and knowledge obtained from other individuals during my participation in this investigation.

4. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that the violations of the **TARGET OFFENSE** or federal laws identified above have occurred. When conversations and events are referenced, they are often referred to in substance and in relevant part rather than in their entirety or verbatim, and dates are approximate. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

## APPLICABLE STATUTES

5. As noted above, this investigation concerns alleged violations of the following criminal statute:

    a. <u>18 U.S.C. §§ 2252(a)(4)(b) and (b)(2)</u>, which prohibits any person from knowingly possessing or accessing with the intent to view, or attempting or conspiring to possess or access with the intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced

using materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

## DEFINITIONS

6. The following definitions apply to this Affidavit and the attachments hereto:

   a. "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

   b. "Child Pornography" or "Child Sexual Abuse Material" ("CSAM") is defined in 18 U.S.C. § 2256(8) as any visual depiction of a sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

   c. "Sexually explicit conduct" means actual or simulated (1) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (2) bestiality; (3) masturbation; (4) sadistic or masochistic abuse; or (5) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

3

d.  The term "storage medium" refers to any physical object upon which computer data can be recorded. Examples include hard disks, flash drives, RAM, flash memory, CD-ROMS, and other magnetic or optical media.

e.  The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film, or videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

f.  The term "computer," as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1) as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

g.  The term "computer software" means digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

**FACTS SUPPORTING PROBABLE CAUSE**

7.  On or about August 20, 2025, I, along with other FBI Special Agents, Task Force Officers, and local law enforcement executed a federal search warrant (Case No. 3:25-mj-70981-SK), authorized by the Honorable Sallie Kim, United States Magistrate Judge, of the U.S. District Court for the Northern District of California, on a residence located in American

Canyon, California, in Napa County, and the individual, AGUILAR, within the Northern District of California. During the execution of the federal search warrant, I confirmed that a room inside the residence was AGUILAR's bedroom.

8. AGUILAR did not appear to share his bedroom with any other persons who lived at the residence. The room contained multiple indicia showing that AGUILAR lived in the room. For instance, his employment badge, medication addressed to him, and his expired California driver's license were all contained within the room. In addition, paperwork that had his name printed on it was discovered on the bed.

9. Inside AGUILAR's room, a custom-built desktop ("computer") was connected to a large television screen, as shown below:[1]



10. Law enforcement officers were able to move the mouse connected to the computer, "awakening" it from sleep mode and allowing law enforcement to access to the content contained within without entering a PIN or password.

---

[1] The computer applications have been redacted as one of the applications contained within is a known tool to search for and download CSAM via the internet. The applications have been redacted to prevent people interested in CSAM from attempting to search for CSAM and to ultimately prevent the further re-victimization of the minor victims by new observers attempting to gain access their content.

11.     I conducted a cursory review of a folder titled "porn" located within the computer and observed a number of video files contained within that there is probable cause to believe to be CSAM based on my review of the thumbnail image for each video file, including:

- a. <u>Video File Title 1:</u> [REDACTED][2]

    <u>Thumbnail Description:</u> The thumbnail image depicts a minor female orally copulating an adult male's penis.

- b. <u>Video File Title 2:</u> [REDACTED]

    <u>Thumbnail Description:</u> The thumbnail image depicts a minor female sitting in a chair exposing her chest.

- c. <u>Video File Title 3:</u> [REDACTED]

    <u>Thumbnail Description:</u> The thumbnail image depicts a minor female who is sitting in between the legs of an adult male and is observed to be orally copulating an adult male's penis.

- d. <u>Video File Title 4:</u> [REDACTED]

    <u>Thumbnail Description:</u> The thumbnail image depicts a minor female orally copulating an adult male's penis.

- e. <u>Video File Title 5:</u> [REDACTED]

    <u>Thumbnail Description:</u> The thumbnail image depicts a minor female orally copulating an adult male's penis.

---

[2] The actual video file names have been redacted to prevent people interested in CSAM from attempting to search for videos with the same file name and to ultimately prevent the further re-victimization of the minor victims by new observers attempting to gain access their content.

  f. <u>Video File Title 6:</u> [REDACTED]

  <u>Thumbnail Description:</u> The thumbnail image depicts a minor female sitting on the edge of a bed. In focus of the image is an adult male's penis which is in front of the minor female.

  g. <u>Video File Title 7:</u> [REDACTED]

  <u>Thumbnail Description:</u> The thumbnail image depicts a minor female laying down who appears to be fully nude.

12. I then briefly played a select number of these video files to confirm that they contained CSAM. As per the descriptions below, there is probable cause to believe these video files are CSAM:

  a. <u>Video File Title 2:</u> [REDACTED]

  <u>Video Description:</u> The video depicts a female minor, approximately six to eight years old, who looks at what appears to be a recording device. The female minor stands up and pulls down her shirt exposing her chest to the recording device. The female minor puts her shirt back on and turns around and begins to orally copulate an adult male's penis who had previously walked into the recording device's frame of view. The video ends with the adult male's penis ejaculating on the chest of the female minor.

  b. <u>Video File Title 5:</u> [REDACTED]

  <u>Video Description:</u> The video depicts a female minor, approximately six to eight years old, orally copulating an adult male's penis. The recording device's focus is on the act of oral copulation.

7

   c. <u>Video File Title 6:</u> [REDACTED]

    <u>Video Description:</u> The video depicts a female minor, approximately six to eight years old, sitting on a bed. In front of the female minor is an adult male masturbating with his penis. The video ends with what appears to be semen on the female minor's face.

13. At the conclusion of the federal search warrant, FBI Special Agents seized the computer that contained the aforementioned video files, multiple cellphones, and other items. As described herein, there is probable cause to believe that the computer belonged to AGUILAR.

14. On or about August 25, 2025, I submitted the computer, amongst other items, to the Silicon Valley Regional Computer Forensics Laboratory ("SVRCFL") located in Menlo Park, California, for forensic image creation and for forensic examination.

15. On or about October 2, 2025, I received the forensic image of the computer. The forensic image of the computer contained the data associated with two Non-Volatile Memory Express Solid-State Drives that were contained within the computer.

16. I reviewed the forensic image created by the SVRCFL. During that review, I identified over approximately 571 videos containing visual depictions of minors engaged in sexually explicit conduct (minors being raped by adult subjects, minors being sexually assaulted by adult subjects, minors engaged in sexual activities with other minors, minors engaged in sexually explicit poses, etc.). Files depicting minors engaged in sexually explicit conduct included the following:

   a. <u>File type:</u> Video

    <u>File name:</u> [REDACTED]

    <u>Video length:</u> 1 hour, 12 minutes, 7 seconds

        Description: The video is of a female minor, who is approximately seven to nine years old, laying down on the ground. The female minor is underneath a purple silk cloth. An adult male removes the purple silk cloth, revealing that the female minor has her wrists and ankles bound to each other via a restraint. In addition, the female minor is blindfolded and has a collar around her neck with a leash attached to it. All BDSM[3] attire on the female minor is purple in color. The female minor is wearing underwear as the only article of clothing on her body. An adult female is shown "whipping" the female minor with a "flogger" and dragging the flogger around the body of the female minor. The video progresses to the adult male vaginally and anally raping the female minor. In addition, an adult sex toy (*i.e.*, a dildo) is digitally inserted into the female minor's vagina. The video ends with the adult male ejaculating on the female minor's body while also anally penetrating the minor female with the above-referenced adult sex toy.

b.    File type: Video

        File name: [REDACTED]

        Video length: 1 hour, 36 minutes, 42 seconds

        Description: The video is of two female minors who appear to be sleeping in a bed together. One female minor is approximately five to seven years old, and the other female minor is approximately two to four years old. The female minors are "woken" up and begin to kiss with each other. One

---

[3] BDSM stands for bondage, discipline (or domination), sadism, and masochism.

female minor sits in the lap of the other female minor as they kiss each other. The video progresses with both female minors removing their articles of clothing and begin to place their mouths on each other's vaginas. One of the female minors is handed various foreign objects (glass thermostat, adult sex toys, etc.), which are then digitally inserted into the vagina and anus of the other female minor.

c. File type: Video

File name: [REDACTED]

Length: 1 hour, 27 minutes, 34 seconds

Description: This video depicts an adult woman wearing a red mask over her eyes and holding a female minor, who is approximately four to seven years old. Both parties are underneath a blanket and appear to be sleeping on a bed. The adult female "wakes" the female minor and begins to kiss the female minor on the lips. At a later portion of the same video, the adult female begins to undress the female minor until the female minor is fully nude. The adult female places her tongue against the anus and vagina of the female minor. The female adult also digitally penetrates the anus of the female minor with an adult sex toy (*i.e.*, a dildo).

17. In addition, during my review of the forensic image, I identified numerous files attributing ownership and use of the computer to AGUILAR including, but not limited to, the "User Account" of the device identifying the full name of the user as "Angel Aguilar." The "User Account" had both access to "Administrators" & "User" groups. There was also an email address associated with the "User Account": [REDACTED]@hotmail.com.

18. I submitted an administrative subpoena (#1096767) to Microsoft Corporation for basic subscriber information pertaining to the [REDACTED]@hotmail.com email address, and Microsoft Corporation provided the following subscriber information associated with [REDACTED]@hotmail.com:

    a. First Name: Angel

    b. Last Name: Aguilar

    c. Birthdate: [REDACTED][4]

19. In addition, during my review of the forensic image, I also observed documents that appeared to be for AGUILAR, such as a PDF titled "Angel Aguilar 2020 Tax Return" and a Microsoft Word Document titled "Angel Aguilar Resume 09 10 24." In addition, the Firefox browser history showed that the user had visited a website titled "Payment Election: Angel Aguilar on 11/04/2024 – Workday" on November 5, 2024, as well as "Angel Aguilar Martinez EHS Immunizations – [REDACTED]@gmail.com – Gmail" on October 21, 2024.

20. I submitted an administrative subpoena (#1096766) to Google LLC for basic subscriber information pertaining to [REDACTED]@gmail.com, and Google LLC provided the following subscriber information associated with this email address:

    a. Name: Angel Aguilar

    b. Given Name: Angel

    c. Last Name: Aguilar

21. In addition, the device contained several video files depicting AGUILAR, often in "selfie-style" videos in which he was the central object within the recording device. One of the videos shows AGUILAR standing inside his room "blowing a kiss" at the recording device.

---

[4] This birthdate matches AGUILAR's date of birth.

22.     Based on my review, no other identifiable individuals were listed as having user accounts on or were otherwise associated with the ownership or use of, the described computer device.

## CONCLUSION

23.     On the basis of the information summarized above, there is probable cause to believe that on or about August 20, 2025, in the Northern District of California, AGUILAR knowingly possessed visual depictions of minors engaged in sexually explicit conduct, including minors under the age of 12, that had been mailed, shipped, or transported using any means or facility of interstate commerce, or in or affecting interstate commerce, or produced using material that had been mailed, shipped, or transported using any means or facility of interstate commerce, or in or affecting interstate commerce, by any means including by computer, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).  Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for his arrest.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

/s/ Sebastian Stanley
Sebastian Stanley
FBI Special Agent

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 20th day of November, 2025. This complaint is to be filed under seal.

HONORABLE LAUREL BEELER
United States Magistrate Judge