JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ana_botello@fd.org

Counsel for Defendant AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 25-MJ-71396 |
|---|---|
| Plaintiff, | **ORDER TO TEMPORARILY REMOVE ANKLE MONITOR FOR MEDICAL APPOINTMENT** |
| v. | |
| ANGEL AGUILAR, | |
| Defendant. | |

Mr. Aguilar appeared in Court on December 17, 2025 and requested that he be permitted to temporarily remove his ankle monitor to attend a medical appointment which requires a CT scan and for which he cannot wear the ankle monitor. There being no opposition by the government or the supervising pretrial services officer, Mr. Aguilar is permitted to temporarily remove his ankle monitor on January 2, 2026. Mr. Aguilar is directed to report to the Pretrial Services Office in Oakland, California hours before his medical appointment at 1:15 p.m. and will be required to return to the Pretrial Services Office immediately after his appointment concludes to reinstall the ankle monitor.

ORDER
*AGUILAR*, 25-71396 MAG

1
2
3   IT IS SO ORDERED.
4       December 17, 2025
5       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Dated                    THOMAS S. HIXSON
                                    United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28