**ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | AGUILAR, Angel |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:25-MJ-71396-MAG-1 |
| **Date:** | 12/17/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson, Specialist                                                              415-837-3962

United States Pretrial Services Officer                                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**A.    The defendant's travel is restricted to the Northern and Eastern Districts of California.**

**B.    The defendant must not frequent or loiter within 100 feet of any location where children are likely to gather, including but not limited to playgrounds, daycare facilities, schools, public swimming pools, theme parks, children's museums, and arcades.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____   December 17, 2025
**JUDICIAL OFFICER**                                    **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge